1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ERIC WICKLIFFE,

11                    Petitioner,                    No. CIV S-09-1666 GGH P

12            vs.

13    D. K. SISTO, et al.,

14                    Respondents.              ORDER

15    _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application to proceed

17    in forma pauperis.

18            Good cause appearing, IT IS HEREBY ORDERED that petitioner's application to

19    proceed in forma pauperis (no. 7) is granted.

20    DATED: July 30, 2009

21

22                                            /s/ Gregory G. Hollows
                                          _____
23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26    wick1666.ifp

1